# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. __1:17-cv-01119-JMS-DML__
(To be supplied by the Court)

**Charles Gooch**
Plaintiff(s)
v.

**Corizon Health**
**Dr. Michael Person**
**Nurse Lisa Bergeson**
Defendant(s).

> **FILED**
> **4:35 pm, Apr 07, 2017**
>
> U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF INDIANA
> Laura A. Briggs, Clerk

# CIVIL RIGHTS COMPLAINT

## I. PARTIES

**1. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: Charles Gooch #872582

Present Place of Confinement or Mailing Address: Correctional Industrial Facility, 5124 West Reformatory Road, Pendleton, Indiana 46064

**2. Defendant's Information:** (*NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.*)

**Name of Defendant 1**: Corizon Health
Address: 103 Powell CT. Brentwood, TN 37027

**Name of Defendant 2**: Michael E. Persons

Title: Doctor
Address of Defendant: 5144 W. Reformatory Rd. Pendleton, In 46064

**Name of Defendant 3**: Lisa Bergeson

Title: Head Nurse

Address of Defendant: 5144 W. Reformatory Rd. Pendleton, In 46064

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_____ U.S.C. § _____
_____ U.S.C. § _____

-2-
## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

☒ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

☐ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

☐ Other (cite statute, if known)

## IV. CLAIMS

**BRIEFLY** state the background of your case.

1. After I had slipped and fell in the dorm, I injured my knee requiring me to have to go to medical for treatment. It was found through that visit that I had actually injured my knee and that required me to be prescribed pain medication with further observation through physical therapy. I have continuously complained about the knee pain, informing medical that what they were trying was not working and that I needed to be seen by someone who was trained in the area of my injury, instead of me being put off. I went through all the grievance process and received no positive results in getting the proper medical attention.

**Claim I**: The CHS are intentionally refusing the situation in order to avoid my medical needs, in violation of my 8th Amendment. My medical condition and pain is an absolute emergency. However, the Corizon Health at the C.I.F. have ignored the emergency. I've been

told for a number of months that they would get to the problem, but they have been extremely dilatory in giving me the appropriate treatment for my knee and the extreme pain. They have deliberately ignored me over and over. CHS. are responsible.

**Claim II**: Over several months, starting on August 31, 2016 up until the present, I have been requesting urgent, immediate care from CHS, but they have intentionally placed me on physical "therapy/ home exercise program" that has made the pain in my knee worse. CHS knew that the physical therapy program (or should have known) that it was exacerbating the knee pain and injury. This is deliberate indifference to my serious medical needs under the 8th Amendment.

**Claim III**: The defendants have also violated my equal protection rights and due process rights under the 14th Amendment. No one else seems to be mistreated this way and many other patients get the medical treatment for their injuries. The due process is violated because the defendants won't allow me to pursue life (as other inmates) without extreme pain and loss of sleep. This is an additional punishment on me.

### V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ☐Yes ☒No.

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. ☒Yes ☐No

If your answer is "Yes", briefly describe how relief was sought and the result:

To receive the proper medical attention required for my injury, in which the medical department has refused to address.

### VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

-5-

### VII. REQUEST FOR RELIEF

I request the following relief:  Request for relief and monetary damages

Original signature of attorney (if any)         **Plaintiff's Original Signature**

Date: _____                Charles Gooch
                        **Plaintiff's Printed Name**

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate**.
Executed at ___C, I, F.___ on ___4\6\2017___.
           (location)           (date)

_____
**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ☒Yes ☐No

-6-